1  SEAN K. KENNEDY (No. 145632)
   Federal Public Defender
2  (E-mail: Sean_Kennedy@fd.org)
   GERALD C. SALSEDA (No. 157411)
3  Deputy Federal Public Defender
   (E-mail: Gerald_Salseda@fd.org)
4  321 E. 2nd Street
   Los Angeles, California 90012-4202
5  Telephone (213) 894-4406
   Facsimile (213) 894-0081
6
   Attorneys for Defendant
7  HOBERT PARKER, JR.,

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )  CVB NO'S. R3443702-RCF
                                    )            R3444058-RCF
12              Plaintiff,          )            R3442836-RCF
                                    )
13       v.                         )  NOTICE OF APPEAL OF
                                    )  CONVICTION AND SENTENCE
14 HOBERT PARKER, JR.,              )  ENTERED BY MAGISTRATE
                                    )  JUDGE
15              Defendant.          )
                                    )  Federal Rule of Criminal Procedure
16                                  )  58(g)(2)(B)
   _____)

17

18

19      Defendant, Hobert Parker, Jr., by and through his attorney of record, Deputy

20 Federal Public Defender Gerald C. Salseda, hereby gives notice of his intent to

21 appeal to the United States District Court for the Central District of California, the

22 conviction and sentence imposed on September 20, 2007, in the above-captioned

23 case. This Notice of Appeal is filed pursuant to Fed. R. Crim. P. 58(g)(2)(B).

24
                                    Respectfully submitted,
25
                                    SEAN K. KENNEDY
26                                  Federal Public Defender

27
   DATED: May 14, 2009             By _____
28                                    GERALD C. SALSEDA
                                      Deputy Federal Public Defender

P:\Salseda\PARKER\NOTICE-APPEAL#2.wpd

1

## PROOF OF SERVICE

2    I, the undersigned, declare that I am a resident or employed in Los Angeles

3 County, California; that my business address is the Office of the Federal Public

4 Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over

5 the age of eighteen years; that I am not a party to the above-entitled action; that I am

6 employed by the Federal Public Defender for the Central District of California, who

7 is a member of the Bar of the United States District Court for the Central District of

8 California, and at whose direction I served the

9 **NOTICE OF APPEAL OF CONVICTION AND SENTENCE ENTERED BY**

10 **MAGISTRATE JUDGE Federal Rule of Criminal Procedure 58(g)(2)(B)**

11    On May 14, 2009, following ordinary business practice, service was:

12 [ ] Placed in a closed          [X] By hand-          [ ] Placed in a sealed
envelope, for collection and     delivery addressed    envelope for collection and
13 hand-delivery by our internal   as follows:           mailing via United States
staff, addressed as follows:                            Mail, addressed
14                                                        as follows:

[X] By facsimile as follows:
15
Sharon McCaslin
16 Assistant United States Attorney
United States Court House
17 312 North Spring Street, Suite 1303
Los Angeles, California 90012
18

19
    This proof of service is executed at Los Angeles, California, on May 14, 2009.
20
    I declare under penalty of perjury that the foregoing is true and correct to the
21
best of my knowledge.
22

23

24                                                         Gerald C. Salseda

25

26

27

28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | R3444058, R3443702, R3442836 | | Date | May 14, 2009 |
|---|---|---|---|---|

| Present: The Honorable | Rita Coyne Federman, United States Magistrate Judge |
|---|---|
| Interpreter | None |

| Veronica McKamie | CS 5-14-2009 | Sharon McCaslin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Hobert Parker, Jr. | X | | X | Gerald Salseda | X | X | |

**Proceedings:**   SENTENCING  HEARING

Case called.  Counsel make appearances.  Defendant, Hobert Parker, Jr. is present.

It is the judgment of the Court that the imposition of jail time shall be suspended and the defendant shall be placed on unsupervised probation for a period of 12 months.

It is adjudged that the defendant shall pay a special assessment of $30, and a processing fee of $75 on or before August 20, 2009.  The payment of a fine is waived based on the Court's finding of an inability to pay a fine.

The Court orders the Probation Office to conduct a semi-annual criminal records check.

The defendant is advised of his right to appeal in 10 days of judgment.

(See attached Judgment and Commitment Order)

| | : | 30 |
|---|---|---|

Initials of Deputy Clerk

vm

cc:  AUSA
     DFPD

**United States District Court**
**Central District of California**

| UNITED STATES OF AMERICA vs. | | Docket No. | R3442836, R3443702, R3444058 |
|---|---|---|---|

Defendant    HOBERT PARKER, JR

akas:

Social Security No. __  __  __  __
(Last 4 digits)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 5 | 14 | 2009 |

**COUNSEL**  [X] WITH COUNSEL     Gerald Salseda, Deputy Federal Public Defender
(Name of Counsel)

**PLEA**  [ ] GUILTY, and the court being satisfied that there is a factual basis for the plea.    [ ] NOLO CONTENDERE    [X] NOT GUILTY

**FINDING**  There being a finding/verdict of  [X] GUILTY, defendant has been convicted as charged of the offense(s) of:

18 USC § 1382: Entering a Military Installation, Naval or Coast Guard Property
18 USC § 1382: Entering a Military Installation, Naval or Coast Guard Property
18 USC § 1382: Entering a Military Installation, Naval or Coast Guard Property

**JUDGMENT AND PROB/ COMM ORDER**

It is adjudged that the defendant, Hobert Parker Jr., shall pay a special assessment of $30, and a processing fee of $75 on or before August 20, 2009. The payment of a fine is waived based on the Court's finding of an inability to pay a fine.

It is the judgment of the Court that the imposition of jail time shall be suspended and the defendant shall be placed on unsupervised probation for a period of 12 months under the following terms and conditions:

1.     The defendant shall not commit another federal, state, or local crime;

2.     The defendant shall not unlawfully possess a controlled substance;

3.     The requirement that the defendant be subject to drug testing is suspended;

4.     The defendant shall comply with all rules and regulations of Vandenberg Air Force Base and all other military installations;

5.     During the period of unsupervised probation, the defendant shall pay the special assessment and processing fee in accordance with the Court's order;

6.     The defendant shall contact the Probation Office within 72 hours of the day of sentencing and arrange a one time meeting with the Probation Officer to review the terms and conditions of unsupervised probation.

USA v.   HOBERT PARKER, JR.                                          Docket No.:   R3442836, R3443702, R3444058

The Court orders the Probation Office to conduct a semi-annual criminal records check.

The defendant is advised of his right to appeal within 10 days of judgment.

The fine and special assessment fee shall to be mailed to:

      Central Violations Bureau
      Post Office Box 70939
      Charlotte, NC 28272-0939

IT IS SO ORDERED.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

5/27/2009
_____
Date

_____
RITA COYNE FEDERMAN
United States Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Terry Nafisi, Clerk

By _____                          -Veronica McKamie-
_____
Filed Date                                         Deputy Clerk

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

USA v.   HOBERT PARKER, JR.                                    Docket No.:   R3442836, R3443702, R3444058

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

☐    The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

USA v.   HOBERT PARKER, JR.                          Docket No.:   R3442836, R3443702, R3444058

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution , however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office.  18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full.  18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k).  See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
   Private victims (individual and corporate),
   Providers of compensation to private victims,
   The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant.  In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account.  All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses.  Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

USA v.   HOBERT PARKER, JR. _____   Docket No.:   R3442836, R3443702, R3444058 _____

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____
_____   Deputy Marshal
Date

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____   -Veronica McKamie-
_____   Deputy Clerk
Filed Date

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____   _____
          Defendant                    Date

_____   _____
U. S. Probation Officer/Designated Witness   Date